new trial ordered, costs to abide the event, upon the authority of Weideman v. Zielinska, 102 App. Div. 163, 92 N. Y. Supp. 493.

CLARKE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by William J. Clarke against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, on the ground that the motion papers are not sufficiently specific to show the points on which the motion is made. See, also, 104 App. Div. 167, 93 N. Y. Supp. 525.

CLARKSON, Respondent, v. SABINE, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Alonzo R. Clarkson against John B. Sabine. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLEMENT. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Maynard N. Clement. No opinion. Motion granted, with $10 costs. Order filed.

In re CLEMENT, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 26,202, issued to Nellie P. Lerch. No opinion. Order reversed, with costs, and order directed revoking and canceling the liquor tax certificate, with $30 costs, in accordance with stipulation filed.

In re CLEMENT, Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. July 24, 1908.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 26,233, issued to Hannah N. Smith. No opinion. Order reversed, with costs, and order directed revoking and canceling the liquor tax certificate with $30 costs, in accordance with stipulation filed.

CLEMENT, Excise Com'r, Respondent, v. BUSSE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Maynard N. Clement, as excise commissioner, against Richard Busse and another. P. A. McManus, for appellants. H. H. Kellogg, for respondent. No opinion. Order affirmed, with costs. Order filed.

COHEN, Appellant, v. SUN INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Joseph C. Cohen against the Sun Insurance Company. J. Fischer, for appellant. E. J. Nathan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COLE, Appellant, v. HINCK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Julia Cole against Claus S. Hinck and others. J. J. O'Kennedy, for appellant. J. H. Esser, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COLEMAN, Plaintiff, v. GOULD, Defendant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Hutson B. Coleman, as administrator, etc., against William S. Gould. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs.

In re COLLYER. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the accounting of Charles S. Collyer, as administrator of Elizabeth Collyer, deceased. No opinion. In re motion of Henry M. Collyer, as administrator of William Edwin Collyer, that Fanny Collyer, as executrix of Charles S. Collyer, pay money into court. Motion granted. See, also, 113 App. Div. 468, 99 N. Y. Supp. 213, and 124 App. Div. 16, 108 N. Y. Supp. 600.

COLVIN, Appellant, v. SHAW, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Alice M. Colvin against Sophia Shaw, impleaded with others. No opinion. Application denied, on the ground that it should be made at Special Term. See section 1299 of the Code of Civil Procedure and Campbell v. Friedlander, 51 App. Div. 191, 64 N. Y. Supp. 241.

COMPAGNIE COMMERCIALE, Respondent, v. BRUNN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by the Compagnie Commerciale, etc., against Adolph W. Brunn. A. J. Dittenhoefer, for appellant. A. S. Hamlin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CONE, Plaintiff, v. LACKAWANNA STEEL CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Catherine Cone, as administratrix, etc., against the Lackawanna Steel Company. PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to defendant to abide event. Held, that the court erred in excluding evidence of the contract between the corporations, and evidence with reference to the pay roll and the contract and pay check, and then holding and charging the jury that deceased was in defendant's employ when the accident and death occurred. See Kirby v. Lackawanna Steel Company, 109 App. Div. 334, 95 N. Y. Supp. 833.

SPRING and KRUSE, JJ., dissent.

COOPER, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by James Cooper against the New York Edison Company. J. R. Oeland, for